No. 374. LAURO ET AL. *v.* BARKER ET AL. Argued January 14, 1937. Decided January 18, 1937. *Per Curiam:* The motion of the appellees to affirm the judgment is granted, and the judgment is affirmed. (1) *Bellingham Bay Co.*

v. *New Whatcom*, 172 U. S. 314, 318, 319; *Goodrich* v. *Ferris*, 214 U. S. 71, 81; *Wick* v. *Chelan Electric Co.*, 280 U. S. 108, 110, 111. (2) *Gilfillan* v. *Union Canal Co.*, 109 U. S. 401. *Mr. Henry N. Rapaport*, with whom *Messrs. Irving S. Rapaport* and *Robert S. Garson* were on the brief, for appellants. *Messrs. Lawrence S. Greenbaum, Benjamin J. Rabin, Theodore S. Jaffin, Benjamin Kaplan*, and *Maurice Finkelstein* were on the brief for appellees.